# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 5, 2025

**VIA EMAIL**

Honorable Judge Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

*[Handwritten: Request granted. /s/ Robert W. Lehrburger, USMJ 8/5/2025]*

Re: **United States v. Henry Leong**
    **24 MJ 1625**

Dear Judge Lehrburger:

  I write on behalf of my client Henry Leong without objection from Assistant United States Attorney Qais Ghafary and United States Pretrial Officer Nicole Gibson, to respectfully request that the Court modify the conditions of the bond to release Mr. Leong's passport to allow him to apply for a Real ID and, upon returning his passport, to permit him to travel to San Francisco, CA to be with his father, who is hospitalized and is seemingly in his final days.

  On May 7, 2024, Magistrate Judge Gary Stein imposed the following bail conditions: A $500,000 personal recognizance bond to be cosigned by one financially responsible person secured by $300,000 cash or property; travel restricted to the Southern and Eastern Districts of New York and the Northern District of Illinois and travel in between; stand-alone GPS monitoring; no contact with victims, witnesses, codefendants, or coconspirators in this case; no new credit lines, loans, or bank accounts without prior permission; and surrender of travel documents with no new applications.

  On June 11, 2024, Judge Sarah Cave modified Mr. Leong's bail, removing the stand-alone GPS monitoring condition. Since his arrest, Mr. Leong has remained compliant with all the terms of his release.

  The defense is requesting that the Court release Mr. Leong's passport, which is in the custody of pretrial services in SDNY, to the custody of a representative from the Federal Defenders, who will then overnight the passport to Mr. Leong so he can apply for a Real ID. Since May 7, 2025, Real IDs or passports are required for domestic travel within the United States. *See* Transportation Security Administration, "Real ID," https://www.tsa.gov/real-id. Thus, to even travel to future court dates from Illinois, where he currently resides, Mr. Leong

will need either his passport or his Real ID. In anticipation of those inevitable needs, the defense is requesting that the court release the passport to Federal Defenders, and subsequently Mr. Leong, on August 6, 2025 until August 11, 2025. This time should be sufficient time to allow our office to obtain the passport, overnight it to Illinois, and allow Mr. Leong to obtain his Real ID via a walk-in appointment at the Illinois DMV, and return the passport to his pretrial services officer before he departs for San Francisco.

In addition, the defense is requesting that Mr. Leong be permitted to travel to San Francisco, CA – with the specific dates and details of travel to be set by pretrial services – so he can be with his ailing father after his passport is returned to pretrial services. As of now, the family has been told that these are likely his father's final days. As such, Mr. Leong would like to spend time with his father before his passing and with his mother as she grieves.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Marisa K. Cabrera
Assistant Federal Defender
Tel.: (212) 417-8730

Cc: AUSA Qais Ghafary